UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Docket No. 24-11964

ALPINE PARTNERS (BVI) LP,

*Petitioner-Appellee,*

V.

MARK GUINAN,

*Respondent-Appellant.*

**JOINT MOTION TO STAY ORAL ARGUMENT**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| David B. Weinstein<br>Brian C. Porter<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700 | David Livshiz<br>Brandt Henslee<br>FRESHFIELDS US LLP<br>175 Greenwich Street, 51st Floor<br>New York, NY 10007<br>Telephone: (212) 277-4000 |
| Brigid F. Cech Samole<br>GREENBERG TRAURIG, P.A.<br>333 S.E. Second Avenue, Ste. 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500 | Jacob Johnston<br>FRESHFIELDS US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC, 20005<br>Telephone: (202) 777-4554 |

*Counsel for Respondent-Appellant Mark Guinan*

Lawrence J. Dougherty
JOHNSON POPE BOKOR RUPPEL
& BURNS, LLP
400 N Ashley Drive, Suite 3100
Tampa, Florida 33602
Telephone: (813) 553-3604
larryd@jpfirm.com

Duane L. Loft
Brianna Hills Simopoulos
Mark C. Davies
PALLAS PARTNERS (US) LLP
75 Rockefeller Plaza
New York, New York 10019
Telephone: (212) 970-2300
Duane.Loft@pallasllp.com
Brianna.Simopoulos@pallasllp.com
Mark.Davies@pallasllp.com

*Counsel for Petitioner-Appellee Alpine Partners (BVI) L.P.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with 11th Circuit Rule 26.1-1 the parties submit this list which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review and includes subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of the party's stock:

1. Alpine Partners (BVI) L.P. (Petitioner-Appellee)
2. Alpine Global Management, LLC
3. APS Holding Corporation
4. Cech Samole, Brigid F. (Counsel for Respondent-Appellant)
5. Cembrovska, Anastasia (Counsel for Petitioner-Appellee)
6. Clemente, Katherine M. (Counsel for Respondent-Appellant)
7. Collas Crill (Attorneys for Petitioner-Appellee)
8. Davies, Mark C. (Counsel for Petitioner-Appellee)
9. Dougherty, Lawrence J. (Counsel for Petitioner-Appellee)
10. Dudek, The Honorable Kyle C. (U.S. Magistrate Judge)
11. Duncan, Delroy B. (Attorney for Petitioner-Appellee)
12. Freshfields Bruckhaus Deringer US LLP (Counsel for Respondent-Appellant)
13. Greenberg Traurig, LLP (Counsel for Respondent-Appellant)

14. Greenberg Traurig, P.A. (Counsel for Respondent-Appellant)

15. Guinan, Mark (Respondent-Appellant)

16. Henslee, Brandt (Counsel for Respondent-Appellant)

17. Johnson Pope Bokor Ruppel & Burns LLP (Counsel for Petitioner-Appellee)

18. Johnston, Jacob (Counsel for Respondent-Appellant)

19. Trott & Duncan Limited (Attorneys for Petitioner-Appellee)

20. Livshiz, David (Counsel for Respondent-Appellant)

21. Loft, Duane L. (Counsel for Petitioner-Appellee)

22. Pallas Partners (US) LLP (Counsel for Petitioner-Appellee)

23. Polster Chappell, The Honorable Sheri (U.S. District Judge)

24. Porter, Brian C. (Counsel for Respondent-Appellant)

25. Simopoulos, Brianna H. (Counsel for Petitioner-Appellee)

26. Sumitomo Pharma UK Holdings, Ltd

27. Wasty, John (Attorney for Respondent-Appellant)

28. Weinstein, David B. (Counsel for Respondent-Appellant)

Pursuant to Federal Rule of Appellate Procedure 34(b) and Circuit Rules 27-1(a) and 34-4(g), Respondent-Appellant Mark Guinan and Petitioner-Appellee Alpine Partners (BVI) LP hereby jointly move to stay oral argument in the above-captioned matter for at least 30 days and state:

1. Oral argument is currently scheduled for April 2, 2025 in the above-captioned matter.

2. The parties have reached a settlement in principle of this action and are negotiating and drafting definitive settlement documents.

3. Once the parties have entered into the definitive settlement agreement, they will jointly move this Court pursuant to Federal Rule of Appellate Procedure 42(b) for an order dismissing the appeal in the above-captioned matter with prejudice.

4. Proceeding with oral argument when the parties are close to achieving final settlement, which would moot the appeal, would waste the resources of the Court and the parties and would not serve the efficient administration of justice. Good cause therefore exists to stay oral argument.

WHEREFORE, the parties respectfully request that this Court stay oral argument until at least May 2, 2025, to give the parties sufficient time to reach a definitive settlement and file a joint stipulation to dismiss.

Dated: March 28, 2025                    Respectfully submitted,

  /s/ *David Livshiz*
David Livshiz

| | |
|---|---|
| GREENBERG TAURIG P.A.<br>David B. Weinstein (FBN 604410)<br>Brian C. Porter (FBN 0120282)<br>Greenberg Traurig, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>weinsteind@gtlaw.com<br>brian.porter@gtlaw.com<br><br>Brigid F. Cech Samole<br>333 S.E. Second Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Brigid.CechSamole@gtlaw.com | FRESHFIELDS US LLP<br>David Livshiz<br>Brandt Henslee<br>3 World Trade Center<br>175 Greenwich Street, 51st Floor<br>New York, NY 10007<br>Telephone: (212) 277-4000<br>david.livshiz@freshfields.com<br>brandt.henslee@freshfields.com<br><br>Jacob Johnston<br>700 13th Street, NW, 10th Floor<br>Washington, DC, 20005<br>Telephone: (202) 777-4554<br>jacob.johnston@freshfields.com |

*Counsel for Respondent-Appellant Mark Guinan*

Dated: March 28, 2025                    /s/ *Duane L. Loft*
Duane L. Loft

| | |
|---|---|
| Lawrence J. Dougherty<br>JOHNSON POPE BOKOR RUPPEL<br>& BURNS, LLP<br>400 N Ashley Drive, Suite 3100<br>Tampa, Florida 33602<br>Telephone: (813) 553-3604<br>larryd@jpfirm.com | Duane L. Loft<br>Brianna Hills Simopoulos<br>Mark C. Davies<br>PALLAS PARTNERS (US) LLP<br>75 Rockefeller Plaza<br>New York, New York 10019<br>Telephone: (212) 970-2300<br>Duane.Loft@pallasllp.com<br>Brianna.Simopoulos@pallasllp.com<br>Mark.Davies@pallasllp.com |

*Counsel for Petitioner-Appellee Alpine Partners (BVI) L.P.*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 193 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: March 28, 2025                      Respectfully submitted,

                                                   */s/ David Livshiz*
                                                   David Livshiz

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I caused this brief to be filed with the United States Court of Appeals for the Eleventh Circuit through the Court's CM/ECF system. Parties represented by registered CM/ECF users will be served by the CM/ECF system.

Dated: March 28, 2025                    Respectfully submitted,

                                         /s/ *David Livshiz*
                                         David Livshiz