In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-11964

---

In Re: ALPINE PARTNERS (BVI) L.P.,
Application for an Order pursuant to 28 U.S.C. to
Conduct Discovery for use in a Foreign Proceeding.

---

ALPINE PARTNERS (BVI) L.P.,

Petitioner-Appellee,

*versus*

MARK GUINAN,

Respondent-Appellant.

---

Appeal from the United States District Court
for the Middle District of Florida

D.C. Docket No. 2:24-cv-00412-SPC-NPM

____________________

ORDER:

The parties' joint motion to continue oral argument is **GRANTED IN PART**. Oral argument is continued until **Friday, April 18, 2025, at 10:00 a.m.** by Zoom. If the parties have reached a settlement before that time, they shall notify the Court immediately and file a joint motion to dismiss the appeal.

/s/ Robin S. Rosenbaum

UNITED STATES CIRCUIT JUDGE